164 F.3d 621
 Michael C. Peoples
v.
Horn, Commissioner, Department of Corrections,James Morgan,
Superintendent, Powell, C.O.I., Officer, Fouse, C.O.I.,
Officer, Elder, C.O.I., Officer, Name Unknown,
Shift-Sergeant, Chappell, Nurse, Myers, Lieutenant, R.H.U.
Housing, Smithfield Correctional Facility, The Pennsylvania
Department of Corrections, Simpon, Lieutenant, Lear,
Lieutenant, Ray, Sergeant, Query, Sergeant, Forston,
Sergeant, Monogelluyzo, Corrections Officer,
 NO. 98-7093
 United States Court of Appeals,
Third Circuit.
 September 23, 1998
 Appeal From: M.D.Pa. ,No.97cv00205
 
 1
 Appeal Dismissed.